UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, by and through his Parent, JANE DOE, | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 3:11-cv-00291-JBA |
| v. | ) | |
| EAST LYME BOARD OF EDUCATION, | ) | |
| Defendant. | ) | MAY 12, 2014 |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to 20 U.S.C. §1415(i)(3), 28 U.S.C. §§1920 *et seq.*, Fed. R. Civ. P. 54(d), and Local Rule 54, plaintiffs John Doe and Jane Doe hereby move for an award of attorneys' fees and costs in the amount of $132,921.32 through April 30, 2014. In support of their motion, the plaintiffs rely on their Memorandum of Law and on the Affidavits of Barbara Cox, Eileen Hagerty, Andrew Feinstein, and Michael Perzin, all filed herewith.

The plaintiffs reserve all of their rights to supplement this motion by seeking a further award of fees and costs after the motion is determined for time spent and expenses incurred after April 30, 2014 in connection with the motion. The plaintiffs further reserve all of their rights to seek an award of additional fees and costs (including fees incurred at the administrative level), if applicable, at the conclusion of the defendant's appeal and the plaintiffs' cross-appeal, both of which are now pending in the Second Circuit.

ORAL ARGUMENT NOT REQUESTED

Respectfully submitted,

JOHN DOE and JANE DOE
By their attorneys,

/s/ *Barbara L. Cox*
Barbara L. Cox (ct08523)
45 Westwood Road
New Haven, CT 06515
Tel.: (203) 605-9649
Email: blcox@snet.net

/s/ *Eileen M. Hagerty*
Eileen M. Hagerty (phv04555)
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel.: (617) 227-7031
Fax: (617) 367-2988
Email: ehagerty@kcslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, a copy of the foregoing Motion for Attorneys' Fees and Bill of Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Eileen M. Hagerty*
Eileen M. Hagerty
Fed. Bar No. phv04555