UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, by and through his parent, JANE DOE<br>*Plaintiffs*,<br>v.<br>EAST LYME BOARD OF EDUCATION<br>*Defendant*. | Civil No. 3:11cv291 (JBA)<br><br>January 17, 2019 |

## ORDER APPOINTING ESCROW AGENT

Defendant was ordered to place $192,066.02 for compensatory education into an escrow account for John Doe, to remain open for six years or until John graduates college, whichever occurs first. (Order on Remedies [Doc. # 282] at 7; Mem. of Decision [Doc. # 245] at 1-2, 40-42.) At the end of the escrow period, any unused funds in the escrow account will revert back to the Defendant. All costs associated with the escrow account and the escrow agent's services shall be divided equally between Defendant and Plaintiffs. (Mem. of Decision at 43.) Expenditures which may be reimbursed from the escrow account are set out in the Court's Memorandum of Decision. (*Id.* at 40-42.) The escrow agent will hold ultimate decision-making authority and may request additional information regarding requests for reimbursement from the escrow account if she deems this would be helpful. (*Id.* at 41.)

Plaintiffs proposed Attorney Deborah Tedford, who practices in Mystic, Connecticut, as the escrow agent at the time of the entry of judgment in 2017 and represented that she had preliminarily agreed to serve in that capacity. Defendant did not object or make any alternative suggestion. The Court indicated that it would appoint Attorney Tedford as escrow agent "assuming she remains willing to assume the role," and asked the parties to submit recommendations for an alternative escrow agent within fourteen days, should Attorney Tedford

no longer be willing to serve in that capacity. (Mem. of Decision at 41 n.50.) Since no alternative escrow agents were proposed by the parties during that time, the Court presumes Attorney Tedford's continued availability and willingness to serve as escrow agent. Attorney Tedford is hereby appointed as escrow agent for the $192,066.02 compensatory education escrow account in accordance with the Court's prior rulings.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 17th day of January 2019.