UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, by and through his Parent, JANE DOE,<br><br>   Plaintiffs,<br><br>   v.<br><br>EAST LYME BOARD OF EDUCATION,<br><br>   Defendant. | CIVIL ACTION<br>NO. 3:11-cv-00291-JBA<br><br><br><br>JULY 24, 2019 |

## **PLAINTIFFS' SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

Pursuant to 20 U.S.C. §1415(i)(3), 28 U.S.C. §§1920 *et seq.*, Fed. R. Civ. P. 54(d), and Local Rule 54, plaintiffs John Doe and Jane Doe hereby move for a supplemental award of attorneys' fees, incurred in this case in the amount of at least $66,887.50 from November 1, 2017 through June 30, 2019. These fees were not included in the Plaintiffs' Second Motion for Attorneys' Fees and Costs (Dkt. #263) or in the Court's Ruling on that motion (Dkt. #291), both of which concerned fees and costs through October 31, 2017.

In support of their motion, the plaintiffs rely on their Memorandum of Law and on the Second Affidavit of Alicia M.P. Warren, both filed herewith. The plaintiffs also refer to and incorporate herein by reference their Memorandum Regarding Their Updated Attorneys' Fees and Costs Award Calculation (Dkt. #292), filed following this Court's Ruling on Plaintiffs' Second Motion for Attorneys' Fees and Costs (Dkt. #291), which has not yet been acted upon by the Court. The plaintiffs also rely on their Second Motion for Attorneys' Fees and Costs (Dkt. #263), as well as the memoranda and affidavits referred to an incorporated therein. *See, e.g.,*

Memorandum of Law in Support of Plaintiffs' Second Motion for Attorneys' Fees and Costs (Dkt. #264, p. 2, n.2).

The plaintiffs reserve all of their rights to supplement this motion by seeking a further award of fees and costs after the motion is determined for time spent and expenses incurred after June 30, 2019 in connection with this case. The plaintiffs further reserve all of their rights to seek an award of additional fees and costs, if applicable, at the conclusion of the plaintiffs' *pro se* appeal, which is pending in the Second Circuit.

        Respectfully submitted,

        JOHN DOE and JANE DOE
        By their attorneys,

        /s/ *Clifford J. Grandjean*
        Clifford J. Grandjean (ct06362)
        KENNEDY, JOHNSON, SCHWAB &
        ROBERGE, LLC
        555 Long Wharf Drive, 13th Floor
        New Haven, CT 06511
        Tel.: (203) 865-8430
        Fax: (203) 865-5345
        Email: cgrandjean@kennedyjohnson.com

        /s/ *Alicia M. Parmentier Warren*
        Eileen M. Hagerty (phv04555)
        Alicia M. Parmentier Warren (phv08003)
        KOTIN, CRABTREE & STRONG, LLP
        One Bowdoin Square
        Boston, MA 02114
        Tel.: (617) 227-7031
        Fax: (617) 367-2988
        Email: ehagerty@kcslegal.com
        Email: awarren@kcslegal.com

Dated: July 24, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, a copy of the foregoing Plaintiffs' Supplemental Motion for Attorneys' Fees was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Alicia M. Parmentier Warren*
Alicia M. Parmentier Warren
Fed. Bar No. phv08003